UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBERTO ROBERTO MEDELES<br><br>    Defendant. | 5:24mj00222<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- UNVERIFIED BACKGROUND
- NO CONFIRMED BAIL RESOURCES
- PRIOR FAILURES TO APPEAR

_____

IT IS ORDERED that defendant be detained.

DATED: 5/15/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE